# Exhibit 1

# United States of America
## United States Patent and Trademark Office

# DEALDASH

**Reg. No. 3,914,068**  
**Registered Feb. 1, 2011**  
**Int. Cl.: 35**

**SERVICE MARK**

**PRINCIPAL REGISTER**

OY BIDRAY GROUP AB (FINLAND AKTIEBOLAG (AB))
SALOMONKATU 17B
HELSINKI, FINLAND 00100

FOR: ON-LINE RETAIL STORE SERVICES FEATURING A WIDE VARIETY OF CONSUMER GOODS OF OTHERS, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 4-1-2010; IN COMMERCE 4-1-2010.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 85-066,493, FILED 6-18-2010.

JILL PRATER, EXAMINING ATTORNEY



*David J. Kappos*

Director of the United States Patent and Trademark Office