# Exhibit 2

TSDR now includes a Post Registration Maintenance Tab. When viewing a Registered mark, users will now find a new 3rd tab providing Post Registration information next to the "Status" and "Document" tabs, below the search text box. The tab will not appear if the mark is not registered.

STATUS | DOCUMENTS | MAINTENANCE | Back to Search | Print

| | | | |
|---|---|---|---|
| **Generated on:** | This page was generated by TSDR on 2018-03-22 05:05:48 EDT | | |
| **Mark:** | DEALDASH | | |
| | DEALDASH | | |
| **US Serial Number:** | 85066493 | **Application Filing Date:** | Jun. 18, 2010 |
| **US Registration Number:** | 3914068 | **Registration Date:** | Feb. 01, 2011 |
| **Filed as TEAS Plus:** | Yes | **Currently TEAS Plus:** | Yes |
| **Register:** | Principal | | |
| **Mark Type:** | Service Mark | | |
| **TM5 Common Status Descriptor:** | LIVE/REGISTRATION/Issued and Active<br>The trademark application has been registered with the Office. | | |
| **Status:** | A Sections 8 and 15 combined declaration has been accepted and acknowledged. | | |
| **Status Date:** | Aug. 04, 2017 | | |
| **Publication Date:** | Nov. 16, 2010 | | |

## Mark Information

Expand All

| | |
|---|---|
| **Mark Literal Elements:** | DEALDASH |
| **Standard Character Claim:** | Yes. The mark consists of standard characters without claim to any particular font style, size, or color. |
| **Mark Drawing Type:** | 4 - STANDARD CHARACTER MARK |

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

| | | | |
|---|---|---|---|
| **For:** | On-line retail store services featuring a wide variety of consumer goods of others | | |
| **International Class(es):** | 035 - Primary Class | **U.S Class(es):** | 100, 101, 102 |
| **Class Status:** | ACTIVE | | |
| **Basis:** | 1(a) | | |
| **First Use:** | Apr. 01, 2010 | **Use in Commerce:** | Apr. 01, 2010 |

## Basis Information (Case Level)

| | | | | | |
|---|---|---|---|---|---|
| **Filed Use:** | Yes | **Currently Use:** | Yes | **Amended Use:** | No |
| **Filed ITU:** | No | **Currently ITU:** | No | **Amended ITU:** | No |
| **Filed 44D:** | No | **Currently 44D:** | No | **Amended 44D:** | No |
| **Filed 44E:** | No | **Currently 44E:** | No | **Amended 44E:** | No |
| **Filed 66A:** | No | **Currently 66A:** | No | | |
| **Filed No Basis:** | No | **Currently No Basis:** | No | | |

## Current Owner(s) Information

| | | | |
|---|---|---|---|
| **Owner Name:** | DEALDASH OY | | |
| **Owner Address:** | URHO KEKKOSEN KATU 5B, THIRD FLOOR<br>HELSINKI FINLAND 00100 | | |
| **Legal Entity Type:** | OSAKEYHTIO (OY) | **State or Country Where Organized:** | FINLAND |

## Attorney/Correspondence Information



| Attorney of Record | | | |
|---|---|---|---|
| Attorney Name: | Laura Ganoza, Sara Suleiman | Docket Number: | 102362-0102 |
| Attorney Primary Email Address: | ipdocketing@foley.com | Attorney Email Authorized: | Yes |

| Correspondent | | | |
|---|---|---|---|
| Correspondent Name/Address: | Laura Ganoza, Sara Suleiman<br>Foley & Lardner LLP<br>2 South Biscayne Boulevard<br>One Biscayne Tower, Suite 1900<br>Miami, FLORIDA UNITED STATES 33131 | | |
| Phone: | 305-482-8400 | Fax: | 305-482-8600 |
| Correspondent e-mail: | ipdocketing@foley.com | Correspondent e-mail Authorized: | Yes |

| Domestic Representative | | | |
|---|---|---|---|
| Domestic Representative Name: | Laura Ganoza, Sara Suleiman | Phone: | 305-482-8400 |
| Fax: | 305-482-8600 | | |
| Domestic Representative e-mail: | ipdocketing@foley.com | Domestic Representative e-mail Authorized: | Yes |

## ▼ Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Aug. 04, 2017 | NOTICE OF ACCEPTANCE OF SEC. 8 & 15 - E-MAILED | |
| Aug. 04, 2017 | REGISTERED - SEC. 8 (6-YR) ACCEPTED & SEC. 15 ACK. | 71359 |
| Aug. 02, 2017 | ASSIGNMENT OF OWNERSHIP NOT UPDATED AUTOMATICALLY | |
| Aug. 01, 2017 | TEAS SECTION 8 & 15 RECEIVED | |
| Aug. 01, 2017 | TEAS RESPONSE TO OFFICE ACTION-POST REG RECEIVED | |
| Dec. 08, 2016 | NOTICE OF ACCEPTANCE OF SEC. 8 & 15 - E-MAILED | |
| Dec. 08, 2016 | POST REGISTRATION ACTION MAILED - SEC. 8 & 15 | 71359 |
| Dec. 08, 2016 | POST REGISTRATION ACTION CORRECTION | 71359 |
| Dec. 04, 2016 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | 71359 |
| Sep. 22, 2016 | TEAS SECTION 8 & 15 RECEIVED | |
| Feb. 01, 2016 | COURTESY REMINDER - SEC. 8 (6-YR) E-MAILED | |
| Jun. 06, 2012 | AUTOMATIC UPDATE OF ASSIGNMENT OF OWNERSHIP | |
| May 31, 2012 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| May 31, 2012 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| Feb. 01, 2011 | REGISTERED-PRINCIPAL REGISTER | |
| Nov. 16, 2010 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Nov. 16, 2010 | PUBLISHED FOR OPPOSITION | |
| Oct. 12, 2010 | LAW OFFICE PUBLICATION REVIEW COMPLETED | 76568 |
| Oct. 11, 2010 | ASSIGNED TO LIE | 76568 |
| Sep. 27, 2010 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Sep. 26, 2010 | ASSIGNED TO EXAMINER | 78329 |
| Jun. 23, 2010 | NOTICE OF PSEUDO MARK MAILED | |
| Jun. 22, 2010 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | |
| Jun. 22, 2010 | NEW APPLICATION ENTERED IN TRAM | |

## ▼ Maintenance Filings or Post Registration Information

| | |
|---|---|
| Affidavit of Continued Use: | Section 8 - Accepted |
| Affidavit of Incontestability: | Section 15 - Accepted |

## ▼ TM Staff and Location Information

**TM Staff Information - None**

**File Location**

| | | | |
|---|---|---|---|
| Current Location: | TMO LAW OFFICE 117 | Date in Location: | Aug. 04, 2017 |

## ▼ Assignment Abstract Of Title Information

| Summary | | | |
|---|---|---|---|
| Total Assignments: | 2 | Registrant: | Oy Bidray Group Ab |

### Assignment 1 of 2

| | | | |
|---|---|---|---|
| Conveyance: | CHANGE OF NAME | | |
| Reel/Frame: | 4791/0564 | Pages: | 3 |
| Date Recorded: | May 31, 2012 | | |
| Supporting Documents: | assignment-tm-4791-0564.pdf | | |

**Assignor**

| | | | |
|---|---|---|---|
| Name: | OY BIDRAY GROUP | Execution Date: | Nov. 22, 2010 |
| Legal Entity Type: | AKTIEBOLAG (AB) | State or Country Where Organized: | FINLAND |

**Assignee**

| | | | |
|---|---|---|---|
| Name: | DEALDASH OY | | |
| Legal Entity Type: | OSAKEYHTIO (OY) | State or Country Where Organized: | FINLAND |
| Address: | URHO KEKKOSEN KATU 5B, THIRD FLOOR HELSINKI, FINLAND 00100 | | |

**Correspondent**

| | |
|---|---|
| Correspondent Name: | KELLY M. WEINER OF FOLEY & LARDNER LLP |
| Correspondent Address: | 90 PARK AVENUE NEW YORK, NY 10016 |

**Domestic Representative**

| | |
|---|---|
| Domestic Representative Name: | KELLY M. WEINER, FOLEY & LARDNER LLP |
| Domestic Representative Address: | 90 PARK AVENUE NEW YORK, NY 10016 |

### Assignment 2 of 2

| | | | |
|---|---|---|---|
| Conveyance: | CHANGE OF NAME AND ENTITY CONVERSION | | |
| Reel/Frame: | 6115/0462 | Pages: | 9 |
| Date Recorded: | Jul. 27, 2017 | | |
| Supporting Documents: | assignment-tm-6115-0462.pdf | | |

**Assignor**

| | | | |
|---|---|---|---|
| Name: | DEALDASH OY | Execution Date: | Jan. 15, 2013 |
| Legal Entity Type: | OSAKEYHTIO | State or Country Where Organized: | FINLAND |

**Assignee**

| | | | |
|---|---|---|---|
| Name: | DEALDASH OYJ | | |
| Legal Entity Type: | JULKINEN OSAKEYHTIÖ | State or Country Where Organized: | FINLAND |
| Address: | URHO KEKKOSEN KATU 5B, THIRD FLOOR HELSINKI, FINLAND 00100 | | |

**Correspondent**

| | |
|---|---|
| Correspondent Name: | SARA SULEIMAN |
| Correspondent Address: | 321 NORTH CLARK STREET, SUITE 2800 CHICAGO, IL 60654 |

**Domestic Representative**

| | |
|---|---|
| Domestic Representative Name: | FOLEY & LARDNER LLP |
| Domestic Representative Address: | 321 NORTH CLARK STREET, SUITE 2800 CHICAGO, IL 60654 |

### Proceedings - None recorded