| *Attorney or Party without Attorney:*<br>WARREN LEX LLP<br>MATTHEW S. WARREN (SBN 230565)<br>2261 MARKET STREET No. 606<br>SAN FRANCISCO, CA 94114<br>   *Telephone No:* (415) 895-2940<br><br>   *Attorney For:* Plaintiff | *Ref. No. or File No.:* | **For Court Use Only** |
|---|---|---|

| *Insert name of Court, and Judicial District and Branch Court:*<br>UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA |
|---|

| *Plaintiff:* DEALDASH OYJ and DEALDASH INC. |
|---|
| *Defendant:* CONTEXTLOGIC INC. d/b/a WISH |

| **PROOF OF SERVICE** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>3:18-CV-02353-JCS |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the See Attachment A

3. a. Party served:     ContextLogic Inc. d/b/a Wish
   b. Person served:   BECKY DEGEORGE, CSC LAWYERS INCORPORATING SERVICE, REGISTERED AGENT FOR SERVICE OF PROCESS

4. Address where the party was served:   2710 GATEWAY OAKS DRIVE, SUITE 150N, SACRAMENTO, CA 95833

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Mon, Apr 23 2018 (2) at: 12:10 PM

6. **Person Who Served Papers:**
   a. Victor Moreno (S201310000022, Fresno)
   b. FIRST LEGAL
      1202 Howard Street
      SAN FRANCISCO, CA 94103
   c. (415) 626-3111

   d. *The Fee* for Service was:

7. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.



04/23/2018
(Date)                                              (Signature)



PROOF OF SERVICE

2216825
(7489527)

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA
DEALDASH OYJ and DEALDASH INC. v. CONTEXTLOGIC INC. d/b/a WISH
Case No. 3:18-CV-02353-JCS
Control No. 7489527

## ATTACHMENT A

1. SUMMONS IN A CIVIL ACTION;
2. ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES;
3. REPORT ON THE FILING OR DETERMINATION OF AN ACTION REGARDING A PATENT OR TRADEMARK;
4. DEALDASH'S MOTION FOR PRELIMINARY INJUNCTION;
5. DECLARATION OF WILLIAM WOLFRAM IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION;
6. EXHIBITS 1-9 TO DECLARATION OF WILLIAM WOLFRAM
7. DECLARATION OF LASSI WESSMAN IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION;
8. DECLARATION OF MARK LEE IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION;
9. EXHIBITS 10-21 TO DECLARATION OF MARK LEE
10. DECLARATION KATERINA YIP IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION;
11. EXHIBITS 22-23 TO DECLARATION OF KATERINA YIP
12. DECLARATION ERIKA H. WARREN IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION;
13. EXHIBITS 24-68 TO DEALDASH'S MOTION FOR PRELIMINARY INJUNCTION;
14. [PROPOSED] ORDER GRANTING MOTION FOR PRELIMINARY INJUNCTION;
15. DEALDASH'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL;
16. DECLARATION OF ERIKA H. WARREN IN SUPPORT OF MOTION TO SEAL
17. [PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL;
18. MOTION FOR PRELIMINARY INJUNCTION (REDACTED)
19. MOTION FOR PRELIMINARY INJUNCTION (UNREDACTED)
20. DECLARATION OF LASSI WESSMAN (REDACTED)
21. DECLARATION OF LASSI WESSMAN (UNREDACTED)
22. CIVIL COVER SHEET;
23. COMPLAINT AND EXHIBITS 1-8;
24. CORPORATE DISCLOSURE STATEMENT AND CERTIFICATION OF INTERESTED ENTITIES OR PERSONS OF DEALDASH OYJ AND DEALDASH INC.;
25. NOTICE OF ASSIGNMENT OF CASE TO UNITED STATES MAGISTRATE JUDGE FOR TRIAL;
26. CONSENT OF DECLARATION TO MAGISTRATE JUDGE JURISDICTION;
27. CIVIL STANDING ORDERS FOR MAGISTRATE JUDGE JOSEPH C. SPERO;
28. STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA: CONTENTS OF JOINT CASE MANAGEMENT CONFERENCE;
29. FILING PROCEDURES (SAN FRANCISCO);
30. ECF REGISTRANT INFORMATION
31. PROOF OF SERVICE