United States District Court
Northern District of California

1
2  UNITED STATES DISTRICT COURT
3  NORTHERN DISTRICT OF CALIFORNIA
4
5  DEALDASH OYJ, et al.,

   Plaintiffs.

Case No. 18-cv-02353-JCS

6
7  v.

**NOTICE REGARDING CONSENT TO JURISDICTION OF UNITED STATES MAGISTRATE JUDGE**

8  CONTEXTLOGIC INC.,

   Defendant.

Re: Dkt. No. 9

9
10  TO ALL PARTIES AND COUNSEL OF RECORD:

11  The complaint in the above-entitled action was filed on April 18, 2018.  Pursuant to
12  General Order 44, this case has been assigned to Magistrate Judge Joseph C. Spero to conduct all
13  further proceedings and to order the entry of final judgment upon the consent of all parties in the
14  case.  A signed consent to the jurisdiction of the Magistrate Judge must be filed by both parties
15  before Magistrate Judge Spero will consider the merits of plaintiff(s)' case or any motion filed by
16  either party.

17  Plaintiff has filed a Motion for Preliminary Injunction.  Accordingly, the parties are
18  instructed to sign and electronically file the attached Consent or Declination to Magistrate Judge
19  Jurisdiction within **seven (7) calendar days** of the date of this notice, indicating whether they
20  consent to the jurisdiction of the Magistrate Judge in this matter. Please note that any party is free
21  to withhold consent to proceed before a magistrate judge without substantive consequences.

22  If the parties do not consent, the case will be randomly assigned to a District Judge of this
23  court.

24  Dated: April 24, 2018

Susan Y. Soong
Clerk, United States District Court

By:_____
Karen Hom, Deputy Clerk

25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEALDASH OYJ, et al.,<br><br>        Plaintiffs.<br><br>   v.<br><br>CONTEXTLOGIC INC.,<br><br>        Defendant. | Case No. 18-cv-02353-JCS<br><br>**CONSENT OR DECLINATION TO MAGISTRATE JUDGE JURISDICTION** |

**INSTRUCTIONS:** Please indicate below by checking **one** of the two boxes whether you (if you are the party) or the party you represent (if you are an attorney in the case) choose(s) to consent or decline magistrate judge jurisdiction in this matter. Sign this form below your selection.

(  )   **Consent to Magistrate Judge Jurisdiction**

     In accordance with the provisions of 28 U.S.C. § 636(c), I voluntarily **consent** to have a United States magistrate judge conduct all further proceedings in this case, including trial and entry of final judgment. I understand that appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

    **OR**

(  )   **Decline Magistrate Judge Jurisdiction**

     In accordance with the provisions of 28 U.S.C. § 636(c), I **decline** to have a United States magistrate judge conduct all further proceedings in this case and I hereby request that this case be reassigned to a United States district judge.

DATE: _____     NAME: _____

                                                        COUNSEL FOR
                                                        (OR "PRO SE"): _____

                                                                             _____
                                                                                          Signature