| | |
|---|---|
| 1 | WARREN LEX LLP |
| 2 | Matthew S. Warren (State Bar No. 230565) |
|   | Patrick M. Shields  (State Bar No. 204739) |
| 3 | Erika H. Warren (State Bar No. 295570) |
| 4 | 18-2353@cases.warrenlex.com |
|   | 2261 Market Street, No. 606 |
| 5 | San Francisco, California, 94114 |
|   | +1 (415) 895-2940 |
| 6 | +1 (415) 895-2964 facsimile |
| 7 | Attorneys for Plaintiffs DealDash Oyj and DealDash Inc. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| DEALDASH OYJ and DEALDASH INC. | ) | Case No. 3:18-cv-02353-MMC |
|     Plaintiffs, | ) | |
|  | ) | |
| v. | ) | **CERTIFICATE OF SERVICE** |
|  | ) | |
| CONTEXTLOGIC INC. d/b/a WISH | ) | |
|     Defendant. | ) | |
|  | ) | |

# **CERTIFICATE OF SERVICE**

I, Erika H. Warren, declare as follows:

I am an associate at the law firm of Warren Lex LLP, in the City and County of San Francisco, and State of California.  My business address is 2261 Market Street, No. 606, San Francisco, California, 94114.

Counsel for defendant ContextLogic Inc. appeared on the Court's CM/ECF system in this matter on Friday, April 27, 2018.  I certify that today I also served true copies of the Court's April 30, 2018, Case Management Conference Order as well as the Standing Orders for Civil Cases Assigned to the Honorable Maxine M. Chesney on defendant's counsel in this matter by mail as follows:

> Dwight D. Lueck
> Bradley R. Love
> Barnes & Thornburg LLP
> 11 South Meridian Street
> Indianapolis, Indiana, 46204-3535
>
> *Attorneys for ContextLogic Inc*.

I enclosed the foregoing documents in a sealed envelope addressed as shown above, and I deposited the sealed envelope with the United States Postal Service in San Francisco, California, using First Class Mail, with the postage fully prepaid.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on May 2, 2018, in San Francisco, California.

By: _____
Erika H. Warren