WARREN LEX LLP
Matthew S. Warren (State Bar No. 230565)
Patrick M. Shields (State Bar No. 204739)
Erika H. Warren (State Bar No. 295570)
18-2353@cases.warrenlex.com
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile

Attorneys for Plaintiffs DealDash Oyj and DealDash Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DEALDASH OYJ and DEALDASH INC.<br>    Plaintiffs,<br><br>v.<br><br>CONTEXTLOGIC INC. d/b/a WISH<br>    Defendant. | Case No. 3:18-cv-02353-MMC<br><br>**AMENDED NOTICE OF MOTION FOR PRELIMINARY INJUNCTION** |

**AMENDED NOTICE OF MOTION FOR PRELIMINARY INJUNCTION**

TO THE CLERK OF COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that DealDash's Motion for Preliminary Injunction (Docket No. 9), previously set for hearing on Friday, June 1, 2018, will now be heard on Friday, June 29, 2018, at 9:00 a.m. PDT, or as soon thereafter as the matter may be heard, in Courtroom 7 of this Court, located at 450 Golden Gate Avenue, San Francisco, California, 94102.

On Monday, April 23, 2018, DealDash noticed this Motion for hearing on Friday, June 1, 2018, before the Honorable Joseph C. Spero. Docket No. 9. On Monday, April 30, 2018, the Clerk's Office reassigned this action to this Court. Docket No. 17. In light of this reassignment, as well as the parties' Joint Stipulation Extending Time for ContextLogic to Answer or Otherwise Respond to Plaintiffs' Complaint and Extending the Briefing Schedule on Plaintiffs' Motion for Preliminary Injunction (Docket No. 20), DealDash respectfully submits this Amended Notice of Motion for Preliminary Injunction.

Date: May 4, 2018

Respectfully submitted,

Erika H. Warren
Patrick M. Shields
Matthew S. Warren
WARREN LEX LLP
2261 Market Street, No. 606
San Francisco, California, 94114
18-2353@cases.warrenlex.com

*Attorneys for Plaintiffs DealDash Oyj and DealDash Inc.*