Dwight D. Lueck (*pro hac vice* forthcoming)
dlueck@btlaw.com
Bradley R. Love (Bar No. 251691)
blove@btlaw.com
BARNES & THORNBURG LLP
11 South Meridian Street
Indianapolis, IN 46204-3535
Telephone: (317) 236-1313
Fax: (317) 231-7433

Attorneys for *ContextLogic, Inc.*

[Additional Counsel Listed on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DEALDASH OYJ and DEALDASH INC.<br><br>Plaintiffs,<br><br>v.<br><br>CONTEXTLOGIC, INC. d/b/a WISH<br><br>Defendant. | Case No. 3:18-cv-02353-MMC<br><br>**JOINT STIPULATION EXTENDING TIME FOR CONTEXTLOGIC TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' COMPLAINT AND EXTENDING THE BRIEFING SCHEDULE ON PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION AND [PROPOSED] ORDER** |

Plaintiffs DealDash Oyj and DealDash Inc. ("DealDash") and Defendant ContextLogic, Inc. d/b/a Wish ("Wish") by and through undersigned counsel, stipulate and agree to the below:

WHEREAS, Wish was served with a copy of DealDash's Complaint and Motion for Preliminary Injunction in this action on April 23, 2018;

WHEREAS, Wish's response to DealDash's Motion for Preliminary Injunction is otherwise due on May 7, 2018;

WHEREAS, any reply brief in support of DealDash's Motion for Preliminary Injunction would otherwise be due on May 14, 2018;

WHEREAS, the time for Wish to answer, move, or otherwise respond to DealDash's Complaint would otherwise expire on May 14, 2018;

WHEREAS, the hearing on DealDash's Motion for Preliminary Injunction was noticed for June 1, 2018 before Magistrate Judge Joseph C. Spero;

WHEREAS, this case was transferred from Magistrate Judge Joseph C. Spero on April 30, 2018, and the initial Case Management Conference is currently scheduled for July 20, 2018;

WHEREAS, there have been no prior extensions or time modifications in the case;

WHEREAS, Wish's counsel is unavailable to attend a hearing on DealDash's Motion on June 15, 2018 or June 22, 2018;

WHEREAS, Wish agrees that it will not rely on this stipulation or DealDash's agreement to extend the briefing schedule as evidence of a lack of urgency or in opposing DealDash's Motion for Preliminary Injunction but may rely on other evidence for that purpose;

WHEREAS, the parties have met and conferred and agree that an extended briefing schedule would contribute to efficiently resolving this dispute and would serve the interests of justice given the complexity of the issues addressed.

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the undersigned counsel for DealDash and Wish as follows:

1. Wish's response to DealDash's Motion for Preliminary Injunction shall be due on May 29, 2018.

2. The time for Wish to answer, move, or otherwise respond to DealDash's Complaint in this action is extended to and including May 29, 2018.

3. Any reply brief in support of DealDash's Motion for Preliminary Injunction shall be due on June 12, 2018.

4. DealDash will re-notice its Motion for Preliminary Injunction to be heard on June 29, 2018 or as soon thereafter as the matter may be heard by the Court.

IT IS SO STIPULATED

Dated:  May 4, 2018

BARNES & THORNBURG LLP

By   /s/ Bradley R. Love
        Bradley R. Love

Dwight D. Lueck (*pro hac vice* forthcoming)
dlueck@btlaw.com
Bradley R. Love (Bar No. 251691)
blove@btlaw.com
BARNES & THORNBURG LLP
11 South Meridian Street
Indianapolis, IN 46204-3535
Telephone:  (317) 236-1313
Fax:  (317) 231-7433

Attorneys for *ContextLogic, Inc.*

WARREN LEX LLP

By _____
        Erika H. Warren

Patrick M. Shields (State Bar No. 204739)
Matthew S. Warren (State Bar No. 230565)
Erika H. Warren (State Bar No. 295570)
18-2353@cases.warrenlex.com

|   |   |
|---|---|
| 1 | WARREN LEX LLP |
| 2 | 2261 Market Street, No. 606 |
|   | San Francisco, CA 94114 |
| 3 | Telephone: (415) 895-2940 |
|   | Fax: (415) 895-2964 |

Attorneys for *Dealdash Oyj and DealDash Inc.*

**PURSUANT TO THE STIPULATION, IT IS SO ORDERED.**

DATED: May 4, 2018

_____
The Honorable Maxine M. Chesney
UNITED STATES DISTRICT JUDGE