IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEALDASH OYJ, ET AL., <br> Plaintiffs, <br> v. <br> CONTEXTLOGIC INC., <br> Defendant. | Case No. 18-cv-02353-MMC <br><br> **ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** <br> Re: Dkt. No. 8 |

Before the Court is plaintiffs DealDash OYJ and DealDash, Inc.'s (collectively, "DealDash") Administrative Motion, filed April 23, 2018, by which DealDash seeks leave to file under seal the portion of DealDash's Motion for Preliminary Injunction and the portion of the "Declaration of Lassi Wessman in Support of Motion for Preliminary Injunction" containing "confidential financial information regarding DealDash's investments in advertising and branding." (See Dkt. No. 8 at 1:12-13.)

Having read and considered the Administrative Motion, and good cause appearing, the Court hereby GRANTS the motion.

**IT IS SO ORDERED.**

Dated: May 9, 2018

MAXINE M. CHESNEY
United States District Judge