| | |
|---|---|
| 1 | COOLEY LLP |
| 2 | JOHN W. CRITTENDEN (101634) (jcrittenden@cooley.com)<br>CHANTAL Z. HWANG (275236) (chwang@cooley.com) |
| 3 | MICHAEL C. BLEICHER (313892) (mbleicher@cooley.com)<br>101 California Street, 5th Floor |
| 4 | San Francisco, CA  94111-5800<br>Telephone:   (415) 693-2000 |
| 5 | Facsimile:    (415) 693-2222 |
| 6 | Attorneys for Defendant<br>CONTEXTLOGIC INC. d/b/a WISH |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEALDASH OYJ and DEALDASH INC., | Case No.  3:18-cv-02353-MMC |
| Plaintiff, | **NOTICE OF APPEARANCE OF JOHN W. CRITTENDEN** |
| v. | |
| CONTEXTLOGIC INC. d/b/a WISH, | |
| Defendant. | |

Defendant ContextLogic Inc. d/b/a Wish files this Notice of Appearance and hereby notifies the Court and all parties that John W. Crittenden of the law firm of Cooley LLP, 101 California Street, 5th Floor, San Francisco, CA 94111-5800, hereby enters his appearance as counsel of record for ContextLogic Inc. d/b/a Wish in the above-referenced matter.

All pleadings, discovery, correspondence, and other material should be served upon counsel at:

> John W. Crittenden
> Cooley LLP
> 101 California Street, 5th Floor
> San Francisco, CA  94111
> Email:         jcrittenden@cooley.com
> Telephone:   (415) 693-2000
> Facsimile:    (415) 693-2222

///

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

176813872 v1

1.

NOTICE OF APPEARANCE OF
JOHN W. CRITTENDEN
CASE NO. 3:18-CV-02353-MMC

| | | |
|---|---|---|
| 1 | Dated: May 14, 2018 | COOLEY LLP<br>JOHN W. CRITTENDEN (101634)<br>CHANTAL Z. HWANG (275236)<br>MICHAEL C. BLEICHER (313892) |

/s/ John W. Crittenden
_____
John W. Crittenden (101634)
Attorneys for Defendant
CONTEXTLOGIC INC. d/b/a WISH

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

176813872 v1

2.

NOTICE OF APPEARANCE OF
JOHN W. CRITTENDEN
CASE NO. 3:18-CV-02353-MMC