```
COOLEY LLP
JOHN W. CRITTENDEN (101634) (jcrittenden@cooley.com)
CHANTAL Z. HWANG (275236) (chwang@cooley.com)
MICHAEL C. BLEICHER (313892) (mbleicher@cooley.com)
101 California Street, 5th Floor
San Francisco, CA  94111-5800
Telephone:   (415) 693-2000
Facsimile:    (415) 693-2222

Attorneys for Defendant
CONTEXTLOGIC INC. d/b/a WISH
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEALDASH OYJ and DEALDASH INC., <br><br> Plaintiff, <br><br> v. <br><br> CONTEXTLOGIC INC. d/b/a WISH, <br><br> Defendant. | Case No.  3:18-cv-02353-MMC <br><br> **NOTICE OF APPEARANCE OF CHANTAL Z. HWANG** |

Defendant ContextLogic Inc. d/b/a Wish files this Notice of Appearance and hereby notifies the Court and all parties that Chantal Z. Hwang of the law firm of Cooley LLP, 101 California Street, 5th Floor, San Francisco, CA 94111-5800, hereby enters his appearance as counsel of record for ContextLogic Inc. d/b/a Wish in the above-referenced matter.

All pleadings, discovery, correspondence, and other material should be served upon counsel at:

>  Chantal Z. Hwang
>  Cooley LLP
>  101 California Street, 5th Floor
>  San Francisco, CA  94111
>  Email:         chwang@cooley.com
>  Telephone:  (415) 693-2000
>  Facsimile:   (415) 693-2222

///

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

176857234 v1

1.

NOTICE OF APPEARANCE OF
CHANTAL Z. HWANG
CASE NO. 3:18-CV-02353-MMC

| | | |
|---|---|---|
| Dated: | May 14, 2018 | COOLEY LLP<br>JOHN W. CRITTENDEN (101634)<br>CHANTAL Z. HWANG (275236)<br>MICHAEL C. BLEICHER (313892)<br><br>/s/ Chantal Z. Hwang<br>————————————————<br>Chantal Z. Hwang (275236)<br>Attorneys for Defendant<br>CONTEXTLOGIC INC. d/b/a WISH |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

176857234 v1

2.

NOTICE OF APPEARANCE OF
CHANTAL Z. HWANG
CASE NO. 3:18-CV-02353-MMC