Reset Form

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

DEALDASH OYJ and DEALDASH )
                                ) Case No: 3:18-CV-02353
                Plaintiff(s), )
                                ) **APPLICATION FOR**
      v.                           ) **ADMISSION OF ATTORNEY**
                                 ) **PRO HAC VICE**
CONTEXTLOGIC INC. dba WISH      ) (CIVIL LOCAL RULE 11-3)
                                 )
              Defendant(s). )
                                 )

    I, Peter Joel Willsey, an active member in good standing of the bar of District of Columbia, hereby respectfully apply for admission to practice ***pro hac vice*** in the Northern District of California representing: CONTEXTLOGIC INC. in the above-entitled action. My local co-counsel in this case is John W. Crittenden, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Cooley LLP, 1299 Pennsylvania Avenue, NW Suite 700, Washington, DC  20004 | Cooley LLP, 101 California Street, 5th Floor, San Francisco, CA  94111-5800 |
| MY TELEPHONE # OF RECORD: (202) 842-7845 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: (415) 693-2090 |
| MY EMAIL ADDRESS OF RECORD: pwillsey@cooley.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: jcrittenden@cooley.com |

    I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 996937.

    A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

    I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

    ***I declare under penalty of perjury that the foregoing is true and correct.***

Dated: 05/30/18                             Peter Joel Willsey
                                                 APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

    IT IS HEREBY ORDERED THAT the application of Peter Joel Willsey is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance ***pro hac vice***. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:
                                          UNITED STATES DISTRICT/MAGISTRATE JUDGE



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

*Peter Joel Wilbey*

was duly qualified and admitted on **October 4, 2010** as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an **Active** member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on May 30, 2018.

*Julio A. Castillo*

JULIO A. CASTILLO
Clerk of the Court

Issued By:

District of Columbia Bar Membership

For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.