COOLEY LLP
JOHN W. CRITTENDEN (101634) (jcrittenden@cooley.com)
CHANTAL Z. HWANG (275236) (chwang@cooley.com)
101 California Street, 5th Floor
San Francisco, CA  94111-5800
Telephone:   (415) 693-2000
Facsimile:    (415) 693-2222

COOLEY LLP
PETER WILLSEY (996937) (pwillsey@cooley.com) *Pro Hac Vice to be Filed*
1299 Pennsylvania Avenue, NW, Suite 700
Washington, DC  20004-2400
Telephone:   (202) 842-7800
Facsimile:    (202-842-7899)

COOLEY LLP
MICHAEL C. BLEICHER (313892) (mbleicher@cooley.com)
3175 Hanover Street
Palo Alto, CA  94304-1130
Telephone:   (650) 843-5000
Facsimile:    (650) 849-7400

Attorneys for Defendant
CONTEXTLOGIC INC. d/b/a WISH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEALDASH OYJ and DEALDASH INC.,<br><br>            Plaintiff,<br><br>     v.<br><br>CONTEXTLOGIC INC. d/b/a WISH,<br><br>            Defendant. | Case No.  3:18-cv-02353-MMC<br><br>**NOTICE OF APPEARANCE OF<br>MICHAEL C. BLEICHER** |

Defendant ContextLogic Inc. d/b/a Wish files this Notice of Appearance and hereby notifies the Court and all parties that Michael C. Bleicher of the law firm of Cooley LLP, 3175 Hanover Street, Palo Alto, CA 94304-1130, hereby enters his appearance as counsel of record for ContextLogic Inc. d/b/a Wish in the above-referenced matter.

All pleadings, discovery, correspondence, and other material should be served upon counsel at:

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

176856589 v1

1.

NOTICE OF APPEARANCE OF
MICHAEL C. BLEICHER
CASE NO. 3:18-CV-02353-MMC

| | |
|---|---|
| 1 | Michael C. Bleicher |
| 2 | Cooley LLP<br>3175 Hanover Street |
| 3 | Palo Alto, CA  94304-1130<br>Email:        mbleicher@cooley.com |
| 4 | Telephone:  (650) 843-5000<br>Facsimile:   (650) 849-7400 |

Dated:     May 31, 2018

COOLEY LLP
JOHN W. CRITTENDEN (101634)
PETER WILLSEY (996937)
CHANTAL Z. HWANG (275236)
MICHAEL C. BLEICHER (313892)


/s/ Michael C. Bleicher
———————————————————
Michael C. Bleicher (313892)
Attorneys for Defendant
CONTEXTLOGIC INC. d/b/a WISH

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

176856589 v1

2.

NOTICE OF APPEARANCE OF
MICHAEL C. BLEICHER
CASE NO. 3:18-CV-02353-MMC