COOLEY LLP
JOHN W. CRITTENDEN (101634) (jcrittenden@cooley.com)
CHANTAL Z. HWANG (275236) (chwang@cooley.com)
101 California Street, 5th Floor
San Francisco, CA 94111-5800
Telephone: (415) 693-2000
Facsimile: (415) 693-2222

COOLEY LLP
PETER WILLSEY (DC Bar No. 996937)
(pwillsey@cooley.com) (*pro hac vice*)
1299 Pennsylvania Avenue, NW, Suite 700
Washington, DC 20004-2400
Telephone: (202) 842-7800
Facsimile: (202) 842-7899

COOLEY LLP
MICHAEL C. BLEICHER (313892) (mbleicher@cooley.com)
3175 Hanover Street
Palo Alto, CA 94304-1130
Telephone: (650) 843-5000
Facsimile: (650) 849-7400

Attorneys for Defendant
CONTEXTLOGIC INC. d/b/a WISH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEALDASH OYJ and DEALDASH INC., <br><br> Plaintiffs, <br><br> v. <br><br> CONTEXTLOGIC INC. d/b/a WISH, <br><br> Defendant. | Case No. 3:18-cv-02353-MMC <br><br> **STIPULATION TO CONTINUE HEARING DATE FOR PLAINTIFFS' PRELIMINARY INJUNCTION MOTION** <br><br> Judge: Hon. Maxine M. Chesney <br><br> Date: August 3, 2018 <br> Time: 9:00 a.m. <br> Location: Courtroom 7, 19th Floor |

Pursuant to Civil Local Rule 16-10(a), Plaintiffs DealDash Oyj and DealDash Inc. ("Plaintiffs") and Defendant ContextLogic Inc. d/b/a Wish ("Defendant") (collectively, the "Parties"), through their undersigned counsel, hereby stipulate as follows.

WHEREAS, on July 10, 2018, the Court issued an Order Granting In Part Defendant's

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

180423488

1.

STIPULATION TO CONTINUE NEW HEARING DATE
FOR PLAINTIFFS' MOTION
CASE NO. 3:18-CV-02353-MMC

Administrative Motion and Continuing the Hearing Date for Plaintiffs' Motion for Preliminary Injunction to August 3, 2018, see Dkt. No. 54;

WHEREAS, lead trial counsel for Defendant, Mr. John W. Crittenden, is unable to appear for the new hearing date scheduled for August 3, 2018 due to pre-existing scheduling and travel conflicts;

WHEREAS, the Parties agree that continuing the new hearing date by one week, to August 10, 2018, will not result in any prejudice to the Parties or alter any other deadlines set by the Court;

NOW THEREFORE,

The Parties hereby stipulate to and respectfully request that the Court grant Defendant's request to continue the new hearing date for Plaintiffs' Motion for Preliminary Injunction by one week to August 10, 2018.

IT IS SO STIPULATED.

Date: July 12, 2018          COOLEY LLP

/s/ Chantal Z. Hwang
Chantal Z. Hwang
Attorneys for Defendant
CONTEXTLOGIC INC. d/b/a WISH

Date: July 12, 2018          WARREN LEX, LLP

/s/ Erika H. Warren
Erika H. Warren
Attorneys for Plaintiffs DEALDASH OYJ and
DEALDASH INC.

**PURSUANT TO THE STIPULATION, IT IS SO ORDERED.**

Dated: _____, 2018          _____
                                      The Honorable Maxine M. Chesney
                                      United States District Judge

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

180423488

2.

STIPULATION TO CONTINUE NEW HEARING DATE
FOR PLAINTIFFS' MOTION
CASE NO. 3:18-CV-02353-MMC

# ATTESTATION OF CONCURRENCE IN FILING

Pursuant to N.D. Cal. L.R. 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from counsel for Plaintiffs.

Date: July 12, 2018

COOLEY LLP

*/s/* Chantal Z. Hwang
CHANTAL Z. HWANG (275236)
Attorneys for Defendant
CONTEXTLOGIC INC. d/b/a WISH

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

180423488

3.

STIPULATION TO CONTINUE NEW HEARING DATE
FOR PLAINTIFFS' MOTION
CASE NO. 3:18-CV-02353-MMC