1  COOLEY LLP
   JOHN W. CRITTENDEN (101634) (jcrittenden@cooley.com)
2  CHANTAL Z. HWANG (275236) (chwang@cooley.com)
   101 California Street, 5th Floor
3  San Francisco, CA  94111-5800
   Telephone:   (415) 693-2000
4  Facsimile:    (415) 693-2222

5  COOLEY LLP
   PETER WILLSEY (DC Bar No. 996937) (pwillsey@cooley.com) (*pro hac vice*)
6  1299 Pennsylvania Avenue, NW, Suite 700
   Washington, DC  20004-2400
7  Telephone:   (202) 842-7800
   Facsimile:    (202) 842-7899
8
   COOLEY LLP
9  MICHAEL C. BLEICHER (313892) (mbleicher@cooley.com)
   3175 Hanover Street
10 Palo Alto, CA  94304-1130
   Telephone:   (650) 843-5000
11 Facsimile:    (650) 849-7400

12 Attorneys for Defendant
   CONTEXTLOGIC INC. d/b/a WISH
13

14                    UNITED STATES DISTRICT COURT

15                   NORTHERN DISTRICT OF CALIFORNIA

16

| 17 | DEALDASH OYJ and DEALDASH INC., | Case No.  3:18-cv-02353-MMC |
|----|----------------------------------|------------------------------|
| 18 | Plaintiff, | **[PROPOSED] ORDER GRANTING DEFENDANT'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE CONFIDENTIAL MATERIAL UNDER SEAL** |
| 19 | v. | |
| 20 | CONTEXTLOGIC INC. d/b/a WISH, | |
| 21 | Defendant. | Judge:  Hon. Maxine M. Chesney |
| 22 | | Date:       August 10, 2018<br>Time:       10:30 a.m.<br>Location:  Courtroom 7, 19th Floor |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

180854346

**[PROPOSED] ORDER GRANTING DEF'S ADMIN MOTION TO FILE UNDER SEAL**
**CASE NO. 3:18-CV-02353-MMC**

This Court, having considered Defendant's Administrative Motion For Leave to File Confidential Material Under Seal ("Administrative Motion") and the supporting declaration of Chantal Z. Hwang filed pursuant to Local Rule 79-5(d), and good cause appearing therefore, **IT IS HEREBY ORDERED** that Defendant's Administrative Motion is **GRANTED**. The Court hereby ORDERS that the Declaration of Tarek Fahmy In Support of Defendant's Sur-Reply in Opposition to Plaintiffs' Motion for Preliminary Injunction ~~be~~ remain filed under seal: ~~by the Clerk:~~

| DOCUMENT | REQUESTED MATERIAL UNDER SEAL |
|---|---|
| Declaration of Tarek Fahmy In Support of Defendant's Sur-Reply in Opposition to Plaintiffs' Motion for Preliminary Injunction | Pg 2, lines 25 and 27<br>Pg 3, line 1 |

IT IS FURTHER ORDERED that Defendant file, no later than July 30, 2018, its redacted version of the Fahmy Declaration in the public record.

**IT IS SO ORDERED.**

Dated: _____July 24_____, 2018

_____
The Honorable Maxine M. Chesney
United States District Judge

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO
180854346
1.
[PROPOSED] ORDER GRANTING DEF'S ADMIN MOTION TO FILE UNDER SEAL
CASE NO. 3:18-CV-02353-MMC