WARREN LEX LLP
Matthew S. Warren (Bar No. 230565)
Patrick M. Shields (Bar No. 204739)
Erika H. Warren (Bar No. 295570)
Amy M. Bailey (Bar No. 313151)
18-2353@cases.warrenlex.com
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile

*Attorneys for Plaintiffs DealDash Oyj and DealDash Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DEALDASH OYJ and DEALDASH INC.<br>        Plaintiffs,<br><br>v.<br><br>CONTEXTLOGIC INC. d/b/a WISH<br>        Defendant. | Case No. 3:18-cv-02353-MMC<br><br>**[PROPOSED] ORDER GRANTING DEALDASH'S MOTION UNDER CIV. L.R. 6-3 TO EXTEND EXPERT DISCLOSURE DEADLINE**<br><br>Jury Trial Demanded |

Having considered DealDash's Motion Under Civ. L.R. 6-3 to Extend Expert Disclosure Deadline, the Court hereby GRANTS the motion, and extends the deadline for opening expert disclosures from Friday, February 22, 2019, to Friday, March 15, 2019, and the deadline for rebuttal expert disclosures from Monday, March 25, 2019, to Friday, April 5, 2019.

**IT IS SO ORDERED.**

Dated: _____           _____
                                                                                                    Honorable Maxine M. Chesney
                                                                                                    United States District Court Judge