IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEALDASH OYJ, et al.,<br><br>   Plaintiffs,<br><br>  v.<br><br>CONTEXTLOGIC INC.,<br><br>   Defendant. | Case No. 18-cv-02353-MMC<br><br>**ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>Re: Dkt. No. 94 |

Before the Court is plaintiffs DealDash Oyj and DealDash Inc.'s ("DealDash") "Administrative Motion to File Under Seal," filed February 16, 2019, whereby DealDash seeks to file under seal Exhibit 2 to the "Declaration of Amy M. Bailey in Support of DealDash's Motion Under Civ. L.R. 6-3 to Extend the Expert Disclosure Deadline" ("Exhibit 2"), which exhibit contains information designated confidential by defendant ContextLogic Inc. ("ContextLogic"). No response has been filed.

Pursuant to Civil Local Rule 79-5(e), where a party files a motion to file under seal material designated confidential by another party, the designating party is required to file within four days a declaration establishing such material is sealable.

Here, although, as noted above, ContextLogic failed to file such a response, DealDash, in its motion, has adequately conveyed ContextLogic's reason for designating a particular portion of Exhibit 2 as confidential, and the Court finds such reason sufficient to warrant sealing.

Accordingly,

  1.  To the extent DealDash seeks to file under seal Page 7, lines 2-9 of Exhibit 2, the motion is hereby GRANTED.

2. To the extent DealDash seeks to file under seal the remaining portions of Exhibit 2, the motion is hereby DENIED, there being no contention in the motion that such material has been designated confidential by any party or non-party, nor does such material otherwise appear to be appropriate for sealing.

3. DealDash shall file, no later than March 1, 2019, a revised version of Exhibit 2 in accordance with the above. See Civil L.R. 79-5(f)(3).

**IT IS SO ORDERED.**

Dated: February 25, 2019

MAXINE M. CHESNEY
United States District Judge