**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**CIVIL MINUTE ORDER**

| Case No.: 18-cv-02353-MMC | Case Name: DealDash Oyj v. ContextLogic Inc. |
|---|---|
| **Chief Magistrate Judge:** JOSEPH C. SPERO | **Date**: February 26, 2019 | **Time:** 30 M |

**Attorney for Plaintiff:** Matt Warren, Angela He
**Attorney for Defendant:** John Crittenden, Judd Lauter

**Deputy Clerk:** Karen Hom       **Court Reporter:** Not Reported

## PROCEEDINGS

1. Discovery Conference (meet and confer) – Held
2. Defendant's Motion to Compel Deposition of Plaintiffs' Witnesses [dkt 88] – Denied as Moot.
3. Defendant's Motion to Shorten Time for Briefing and to Advance Hearing Date on Motion to Compel Deposition [dkt 89] – Denied as Moot.

## ORDERED AFTER HEARING

Court made rulings and the parties resolved the remaining discovery issues. Parties shall submit a joint letter with the Court's rulings and their agreements.