COOLEY LLP
JOHN W. CRITTENDEN (101634) (jcrittenden@cooley.com)
101 California Street, 5th Floor
San Francisco, CA 94111-5800
Telephone: (415) 693-2000
Facsimile: (415) 693-2222

COOLEY LLP
BOBBY GHAJAR (198719) (bghajar@cooley.com)
MARCUS D. PETERSON (265339) (mpeterson@cooley.com)
ROSE KAUTZ (307831) (rkautz@cooley.com)
1333 2nd Street, Suite 400
Santa Monica, CA 90401
Telephone: (310) 883-6400
Facsimile: (310) 883-6500

COOLEY LLP
ANGELA L. DUNNING (212047) (adunning@cooley.com)
JUDD D. LAUTER (290945) (jlauter@cooley.com)
3175 Hanover Street
Palo Alto, CA 94304-1130
Telephone: (650) 843-5000
Facsimile: (650) 849-7400

Attorneys for Defendant
CONTEXTLOGIC INC. d/b/a WISH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEALDASH OYJ and DEALDASH INC., <br><br> Plaintiffs, <br><br> v. <br><br> CONTEXTLOGIC INC. d/b/a WISH, <br><br> Defendant. | Case No. 3:18-cv-02353-MMC <br><br> **DECLARATION OF MARCUS PETERSON PURSUANT TO L.R. 79-5 IN SUPPORT OF DEFENDANT'S ADMINISTRATIVE MOTION TO SEAL** <br><br> Judge: Hon. Maxine M. Chesney <br><br> Complaint filed: April 18, 2018 <br> Trial date: August 19, 2019 |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1.

PETERSON DECL. ISO
DEFENDANT'S ADMIN MOTION TO SEAL
CASE NO. 3:18-CV-02353-MMC

I, Marcus Peterson, declare:

1. I am an attorney licensed to practice in the State of California and have been admitted to appear on behalf of Defendant ContextLogic Inc. d/b/a Wish ("Wish"). I submit this declaration pursuant to Civil Local Rule 79-5(d) in support of Wish's Administrative Motion to File Under Seal. I have personal knowledge of the facts set forth herein, except where noted, and, if called to testify, could and would competently testify thereto under oath.

2. Wish requests sealing of materials that it has designated "Highly Confidential – Attorneys' Eyes Only" under the Protective Order entered by this court on November 8, 2018 (Dkt. 80 "the Protective Order"). I have reviewed each of the following documents discussed below.

3. The documents in exhibit C to the Joint Letter Brief re Wish's Motion to Compel and Motion for Sanctions include a portion of an internal and non-public customer service training presentation, a highly confidential calendar of intended social media posts, an internal email regarding business matters, and communications with customers about the daily wheel feature. Allowing these documents to be filed publicly would cause harm to Wish, as its competitors (and Plaintiffs) could gain insight into Wish's internal business processes and strategies, allowing those competitors to unfairly compete with Wish.

I declare under penalty of perjury under the laws of the United States of America that the foregoing statements are true and correct.

Executed this 9th day of April 2019, at Chino, California.

/s/ Marcus Peterson
Marcus Peterson

201883923

Cooley LLP
Attorneys At Law
San Francisco

1.

PETERSON DECL. ISO
DEFENDANT'S ADMIN MOTION TO SEAL
CASE NO. 3:18-CV-02353-MMC