**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**CIVIL MINUTE ORDER**

| **Case No.:**  18-cv-02353-MMC (JCS) | **Case Name:** DealDash Oyj v. ContextLogic Inc. | |
|---|---|---|
| **Chief Magistrate Judge: JOSEPH C. SPERO** | **Date**:  April 11, 2019 | **Time:** 15 M |

**Attorney for Plaintiff:** Matt Warren, Dimitri Rizek
**Attorney for Defendant:** John Crittenden, Angela Dunning, Ian Schattner, E-Discovery Specialist

**Deputy Clerk:** Karen Hom                    **Court Reporter:**  Not Reported

**PROCEEDINGS**

1.  Discovery Conference re: Dkts 118 and 119 - Held

**ORDERED AFTER HEARING**


Court ruled on Dkt 118.  Parties are to meet and confer to resolve the issues in Dkt 119. Parties are to file a joint order with the Court's rulings and solutions to Dkt. 119.

**NOTES:**  Counsel met and conferred from 9:00 AM to 1:45 PM.