IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEALDASH OYJ, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>CONTEXTLOGIC INC.,<br><br>　　　　Defendant. | Case No. 18-cv-02353-MMC<br><br>**ORDER REFERRING TO MAGISTRATE JUDGE SPERO DEFENDANT'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE UNDER SEAL** |

　　　　Pursuant to Civil Local Rule 72-1, defendant's "Administrative Motion for Leave to File Under Seal," filed April 9, 2019, is hereby REFERRED to Magistrate Judge Joseph C. Spero, to whom all discovery matters previously were referred.

　　　　**IT IS SO ORDERED.**

Dated: April 11, 2019

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge