WARREN LEX LLP
Matthew S. Warren (Bar No. 230565)
Patrick M. Shields (Bar No. 204739)
Erika H. Warren (Bar No. 295570)
Dimitri Rizek (Bar. No. 314800)
Amy M. Bailey (Bar No. 313151)
18-2353@cases.warrenlex.com
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile

*Attorneys for Plaintiffs DealDash Oyj and DealDash Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DEALDASH OYJ and DEALDASH INC.<br>    Plaintiffs,<br>v.<br><br>CONTEXTLOGIC INC. d/b/a WISH<br>Defendant. | Case No. 3:18-cv-02353-MMC<br><br>**DECLARATION OF PASI LOHI<br>IN SUPPORT OF DEFENDANT'S<br>ADMINISTRATIVE MOTION TO FILE<br>UNDER SEAL**<br><br>Judge: Hon. Maxine M. Chesney<br>Jury Trial Demanded |

I, Pasi Lohi, declare as follows:

1. I am the CEO of DealDash Oyj and am competent to make this declaration. I have personal knowledge of the facts stated herein, and would so testify if called on to do so.

2. I submit this declaration to explain why documents submitted with the pending Administrative Motion to File Under Seal regarding Defendant's Objections to Magistrate Judge's Order Denying Motion to Compel, filed by Defendant ContextLogic d/b/a Wish ("Defendant"), contain DealDash's confidential information, and should not be filed in the public record.

3. I have reviewed Exhibit B to the Declaration of Marcus D. Peterson ("Peterson Declaration," Docket No. 129-1), which contains excerpts of the deposition transcript of Lassi Wessman, taken on March 19, 2019. Mr. Wessman is Head of Customer Acquisition at DealDash. The deposition excerpts contained in Exhibit B include discussion of DealDash's business strategies and customer acquisition efforts, including some of the specific tools DealDash uses to attract potential customers and track customer acquisition. This information is highly proprietary and confidential to DealDash, and I believe these strategies and tools give DealDash a competitive advantage over its competitors. Publicly disclosing this information may harm DealDash's existing or prospective business relationships and place DealDash at a competitive disadvantage. DealDash therefore requests that the Court seal Exhibit B.

4. I have reviewed Exhibit C to the Peterson Declaration, which contains excerpts of the deposition transcript of Pekka Lampinen, taken on March 20, 2019. Mr. Lampinen is CFO at DealDash. The deposition excerpts contained in Exhibit C include discussion of DealDash's business strategies and finances. This information is highly proprietary and confidential to DealDash. Publicly disclosing this information may harm DealDash's existing or prospective business relationships and place DealDash at a competitive disadvantage. DealDash therefore requests that the Court seal Exhibit C.

5. I have also reviewed Defendant's Objections to Magistrate Judge's Order Denying Motion to Compel (Dkt. 116) (the "Objections," Docket No. 129). To the extent that the Objections describe the testimony in Exhibits B and C, the Objections do so only generally and do not disclose the same level of detail regarding DealDash's business strategies and customer acquisition efforts as is

contained in the deposition excerpts.  The fact that Defendant filed the Objections publicly therefore does not change my opinion that Exhibits B and C are confidential and should be sealed.

      I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on April 16, 2019, in Los Angeles, California.

                                                    _____
                                                    Pasi Lohi