IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DEALDASH OYJ, et. al.,

    Plaintiffs,

v.

CONTEXTLOGIC INC.,

    Defendant.

No. C 18-2353 MMC (JCS)

**ORDER DENYING DEFENDANT'S OBJECTIONS TO MAGISTRATE JUDGE'S ORDER DENYING MOTION TO COMPEL**

Before the Court is defendant ContextLogic Inc.'s ("ContextLogic") "Objections to Magistrate Judge's Order Denying Motion to Compel," filed April 12, 2019.

Having fully considered the matter, the Court hereby DENIES the Objections, for the reason that ContextLogic has failed to show the subject order is clearly erroneous or contrary to law. See 28 U.S.C. § 636(b)(1)(A) (providing district court may reconsider magistrate judge's order where it has been shown to be "clearly erroneous or contrary to law").

**IT IS SO ORDERED.**

Dated: April 23, 2019

MAXINE M. CHESNEY
United States District Judge