UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEALDASH OYJ, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>CONTEXTLOGIC INC.,<br><br>　　　　Defendant. | Case No. 18-cv-02353-MMC   (JCS)<br><br>**ORDER GRANTING ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>Re: Dkt. No. 117 |

　　　Defendant's administrative motion to file under seal dated April 9, 2019 (dkt. 117) is GRANTED for the reasons stated therein and in the declaration of Marcus Peterson. This order is based on the "good cause" standard applicable to confidential discovery documents attached to nondispositive motions only tangentially related to the merits of the case, and should not be taken as a conclusion that "compelling reasons" would justify sealing these documents in a different context. *See Ctr. for Auto Safety v. Chrysler Grp., LLC*, 809 F.3d 1092, 1101–02 (9th Cir. 2016).

　　　**IT IS SO ORDERED.**

Dated: May 2, 2019

　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　JOSEPH C. SPERO
　　　　　　　　　　　　　　　　　　　　Chief Magistrate Judge