COOLEY LLP
JOHN W. CRITTENDEN (101634) (jcrittenden@cooley.com)
101 California Street, 5th Floor
San Francisco, CA 94111-5800
Telephone: (415) 693-2000
Facsimile: (415) 693-2222

COOLEY LLP
BOBBY GHAJAR (198719) (bghajar@cooley.com)
MARCUS D. PETERSON (265339) (mpeterson@cooley.com)
ROSE KAUTZ (307831) (rkautz@cooley.com)
1333 2nd Street, Suite 400
Santa Monica, CA 90401
Telephone: (310) 883-6400
Facsimile: (310) 883-6500

COOLEY LLP
ANGELA L. DUNNING (212047) (adunning@cooley.com)
JUDD D. LAUTER (290945) (jlauter@cooley.com)
3175 Hanover Street
Palo Alto, CA 94304-1130
Telephone: (650) 843-5000
Facsimile: (650) 849-7400

Attorneys for Defendant
CONTEXTLOGIC INC. d/b/a WISH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEALDASH OYJ and DEALDASH INC., <br><br> Plaintiffs, <br><br> v. <br><br> CONTEXTLOGIC INC. d/b/a WISH, <br><br> Defendant. | Case No. 3:18-cv-02353-MMC <br><br> **NOTICE OF MANUAL FILING OF EXHIBITS IN SUPPORT OF DEFENDANT'S *DAUBERT* MOTION TO EXCLUDE OPINIONS AND TESTIMONY OF MICHAEL WAGNER** |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

NOTICE OF MANUAL FILING OF EXHIBITS RE
WISH'S *DAUBERT* MOTION (WAGNER)
CASE NO. 3:18-CV-02353-MMC

Pursuant to Civil Local Rule 5-1(f) and 5-2, the Excel spreadsheet versions of Exhibits 6 and 7 to Judd D. Lauter's Declaration in Support of Defendant's ContextLogic Inc. d/b/a Wish's Motion To Exclude Opinions and Testimony of Michael Wagner ("Lauter Declaration") are being filed manually with the Court and will be maintained in the case file in the Clerk's office.

Exhibit 6 to Lauter Declaration is a large spreadsheet reflecting Plaintiffs' monthly Key Performance Indicators ("KPIs"), produced by Plaintiffs in this litigation as Bates No. DD0032153. Exhibit 7 to Lauter Declaration is a large spreadsheet reflecting Plaintiffs' consolidated financials for the dates between April 2014 and February 2019, produced by Plaintiffs in this litigation as Bates No. DD0032151. Given the amount of data within the spreadsheet, it is impractical to format the data into a PDF in a reasonably-viewable manner. Accordingly, because the exhibits are unable to be filed electronically through the Court's ECF system, the data has been placed on a physical CD and manually filed with the Court.

For information on retrieving these filings directly from the court, please see the Court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

Dated:      May 10, 2019                COOLEY LLP


                                        /s/ *Judd Lauter*
                                        Judd Lauter
                                        Attorneys for Defendant
                                        CONTEXTLOGIC INC. d/b/a WISH

1.

NOTICE OF MANUAL FILING OF EXHIBITS RE
WISH'S *DAUBERT* MOTION (WAGNER)
CASE NO. 3:18-CV-02353-MMC

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

# PROOF OF SERVICE
## (FRCP 5)

I am a citizen of the United States and a resident of the State of California. I am employed in Los Angeles County, State of California, in the office of a member of the bar of this Court, at whose direction the service was made. I am over the age of eighteen years, and not a party to the within action. My business address is Cooley LLP, 1333 2nd Street, Suite 400, Santa Monica, California 90401. On the date set forth below I served the documents described below in the manner described below:

- **NOTICE OF MANUAL FILING OF EXHIBITS IN SUPPORT OF DEFENDANT'S *DAUBERT* MOTION TO EXCLUDE EVIDENCE OR TESTIMONY FROM MICHAEL WAGNER**

☐ (BY U.S. MAIL) I am personally and readily familiar with the business practice of Cooley LLP for collection and processing of correspondence for mailing with the United States Postal Service, and I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States Postal Service at San Francisco, California.

☐ (BY MESSENGER SERVICE) by consigning the document(s) to an authorized courier and/or process server for hand delivery on this date.

☐ (BY FACSIMILE) I am personally and readily familiar with the business practice of Cooley LLP for collection and processing of document(s) to be transmitted by facsimile and I caused such document(s) on this date to be transmitted by facsimile to the offices of addressee(s) at the numbers listed below.

☐ (BY OVERNIGHT MAIL) I am personally and readily familiar with the business practice of Cooley LLP for collection and processing of correspondence for overnight delivery, and I caused such document(s) described herein to be deposited for delivery to a facility regularly maintained by FedEx for overnight delivery.

☒ (BY ELECTRONIC MAIL) I am personally and readily familiar with the business practice of Cooley LLP for the preparation and processing of documents in portable document format (PDF) for e-mailing, and I caused said documents to be prepared in PDF and then served by electronic mail to the parties listed below.

on the following part(ies) in this action:

**Attorneys for Plaintiffs**
**DEALDASH OYU and DEALDASH INC.**

Matthew S. Warren
Erika H. Warren
Patrick M. Shields
Amy Marie Bailey
Warren Lex LLP
2261 Market Street, No. 606
San Francisco, CA  94114
Phone: (415) 895-2940
Fax:    (415) 895-2964
Email: matt@courtpapers.warrenlex.com
Email: erika@courtpapers.warrenlex.com
Email: patrick@courtpapers.warrenlex.com
Email: amy@warrenlex.com
Email: 18-2353@cases.warrenlex.com

Executed on May 10, 2019, at Santa Monica, California.

_____
Jessica Alvarez-Lopez

203609758