| | |
|---|---|
| 1 | COOLEY LLP |
| | JOHN W. CRITTENDEN (101634) (jcrittenden@cooley.com) |
| 2 | 101 California Street, 5th Floor |
| | San Francisco, CA  94111-5800 |
| 3 | Telephone:   (415) 693-2000 |
| | Facsimile:    (415) 693-2222 |
| 4 | |
| | COOLEY LLP |
| 5 | BOBBY GHAJAR (198719) (bghajar@cooley.com) |
| | MARCUS D. PETERSON (265339) (mpeterson@cooley.com) |
| 6 | ROSE KAUTZ (307831) (rkautz@cooley.com) |
| | 1333 2nd Street, Suite 400 |
| 7 | Santa Monica, CA  90401 |
| | Telephone:   (310) 883-6400 |
| 8 | Facsimile:    (310) 883-6500 |
| 9 | COOLEY LLP |
| | ANGELA L. DUNNING (212047) (adunning@cooley.com) |
| 10 | JUDD D. LAUTER (290945) (jlauter@cooley.com) |
| | 3175 Hanover Street |
| 11 | Palo Alto, CA  94304-1130 |
| | Telephone:   (650) 843-5000 |
| 12 | Facsimile:    (650) 849-7400 |
| 13 | Attorneys for Defendant |
| | CONTEXTLOGIC INC. d/b/a WISH |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEALDASH OYJ and DEALDASH INC., | Case No. 3:18-cv-02353-MMC (JCS) |
| Plaintiffs, | [~~PROPOSED~~] ORDER GRANTING DEFENDANT'S ADMINISTRATIVE MOTION TO REMOVE INCORRECTLY FILED DOCUMNET |
| v. | |
| CONTEXTLOGIC INC. d/b/a WISH, | |
| Defendant. | |
| | Trial Date: August 19, 2019 |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

[~~PROPOSED~~] ORDER GRANTING WISH'S ADMIN. MTN
TO REMOVE INCORRECTLY FILED DOCUMENT
CASE NO. 3:18-CV-02353-MMC

1  Having reviewed and considered Defendant's Administrative Motion to Remove Incorrectly
2  Filed Document, and good cause appearing therefore, IT IS THEREFORE ORDERED that

3  • Defendant's Administrative Motion to Remove Incorrectly Filed Document is GRANTED.
4  IT IS FURTHER ORDERED that

5  The Clerk of Court is directed to remove from the docket Document No. 167-2, "Partially
6  redacted version of Exhibit A to Declaration of Patrick Shields in Support of Plaintiffs' Motion to
7  Strike and Exclude Certain Opinions of Defendant's Expert John Hansen."

9  **IT IS SO ORDERED.**

11  Dated: May 20, 2019

The Honorable Maxine M. Chesney
United States District Judge

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1.

[PROPOSED] ORDER GRANTING WISH'S ADMIN. MTN
TO REMOVE INCORRECTLY FILED DOCUMENT
CASE NO. 3:18-CV-02353-MMC