COOLEY LLP
JOHN W. CRITTENDEN (101634) (jcrittenden@cooley.com)
101 California Street, 5th Floor
San Francisco, CA 94111-5800
Telephone: (415) 693-2000
Facsimile: (415) 693-2222

COOLEY LLP
BOBBY GHAJAR (198719) (bghajar@cooley.com)
MARCUS D. PETERSON (265339) (mpeterson@cooley.com)
ROSE KAUTZ (307831) (rkautz@cooley.com)
1333 2nd Street, Suite 400
Santa Monica, CA 90401
Telephone: (310) 883-6400
Facsimile: (310) 883-6500

COOLEY LLP
ANGELA L. DUNNING (212047) (adunning@cooley.com)
JUDD D. LAUTER (290945) (jlauter@cooley.com)
3175 Hanover Street
Palo Alto, CA 94304-1130
Telephone: (650) 843-5000
Facsimile: (650) 849-7400

Attorneys for Defendant
CONTEXTLOGIC INC. d/b/a WISH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEALDASH OYJ and DEALDASH INC., <br><br> Plaintiffs, <br><br> v. <br><br> CONTEXTLOGIC INC. d/b/a WISH, <br><br> Defendant. | Case No. 3:18-cv-02353-MMC <br><br> **STIPULATION AND [PROPOSED] ORDER DISMISSING CERTAIN OF DEFENDANT'S AFFIRMATIVE DEFENSES AND WITHDRAWING DEALDASH'S MOTION FOR SUMMARY JUDGMENT RE SAME** <br><br> Date: June 14, 2019 <br> Time: 9:00 a.m. <br> Court: Courtroom 7 <br> Judge: Hon. Maxine M. Chesney <br><br> Trial Date: August 19, 2019 |

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

STIP. AND [PROPOSED] ORDER RE DEF.'S AFF.
DEFENSES AND DEALDASH'S MSJ RE SAME
CASE NO. 3:18-CV-02353-MMC

Plaintiffs DealDash Oyj and DealDash Inc. ("DealDash") and Defendant ContextLogic, Inc. d/b/a Wish ("Wish") (collectively, the "Parties"), hereby stipulate and agree as follows:

WHEREAS, in Wish's Amended Answer To DealDash's Corrected Amended Complaint, filed on August 29, 2018, Wish asserted three equitable affirmative defenses, namely, fair use, abandonment, and laches (Dkt. 73 at 14–15);

WHEREAS, on May 10, 2019, DealDash filed a Motion For Summary Judgment Of Wish's Affirmative Defenses ("MSJ"), seeking summary judgment on Wish's affirmative defenses (Dkt. 149);

WHEREAS, Wish no longer intends to pursue its affirmative defenses of abandonment or laches at trial;

NOW THEREFORE, it is hereby stipulated by and between the Parties, through their respective counsel, subject to the Court's approval, that:

(1) Wish's affirmative defenses of abandonment and laches are withdrawn and dismissed with prejudice;

(2) Those portions of DealDash's MSJ directed to Wish's affirmative defenses of abandonment and laches (Dkt. 149 at 6:19 to 13:1) are withdrawn as moot;

(3) Wish continues to assert its equitable affirmative defense of fair use, which is unaffected by this Stipulation;

//
//
//
//
//
//
//
//
//
//

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

1.

STIP. AND [PROPOSED] ORDER RE DEF.'S AFF.
DEFENSES AND DEALDASH'S MSJ RE SAME
CASE NO. 3:18-CV-02353-MMC

1  (4) The remaining portions of DealDash's MSJ are unaffected by this Stipulation and remain
2  pending and set for hearing on June 14, 2019;
3  IT IS SO STIPULATED.
4  Date: May 16, 2019                                 COOLEY LLP

                                                     /s/ Angela L. Dunning
                                                     John W. Crittenden
                                                     Bobby Ghajar
                                                     Angela L. Dunning
                                                     Marcus Peterson
                                                     Judd Lauter
                                                     Rose Kautz

                                                     Attorneys for Defendant
                                                     CONTEXTLOGIC INC. d/b/a WISH

12 Date: May 16, 2019                                WARREN LEX, LLP

                                                     /s/ Matthew S. Warren
                                                     Patrick M. Shields
                                                     Matthew S. Warren
                                                     Erika H. Warren
                                                     Dimitri H. Rizek
                                                     Amy M. Bailey

                                                     Attorneys for Plaintiffs DEALDASH OYJ and
                                                     DEALDASH INC.

**[PROPOSED] ORDER**

Pursuant to the foregoing Stipulation of the parties, IT IS SO ORDERED.

Dated: May 20, 2019

THE HONORABLE MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

2.

STIP. AND [PROPOSED] ORDER RE DEF.'S AFF.
DEFENSES AND DEALDASH'S MSJ RE SAME
CASE NO. 3:18-CV-02353-MMC

**CIVIL LOCAL RULE 5-1 ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, I hereby attest that I have on file all holographic signatures corresponding to any signatures indicated by a conformed signature (/s/) within this e-filed document.

Date:  May 16, 2019                             */s/ Angela L. Dunning*
                                                Angela L. Dunning

203751974 v2

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

3.

STIP. AND [PROPOSED] ORDER RE DEF.'S AFF.
DEFENSES AND DEALDASH'S MSJ RE SAME
CASE NO. 3:18-CV-02353-MMC