WARREN LEX LLP
Matthew S. Warren (Bar No. 230565)
Patrick M. Shields  (Bar No. 204739)
Erika H. Warren (Bar No. 295570)
Dimitri H. Rizek (Bar No. 314800)
Amy M. Bailey (Bar No. 313151)
18-2353@cases.warrenlex.com
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile

*Attorneys for Plaintiffs DealDash Oyj and DealDash Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

|  |  |
|---|---|
| DEALDASH OYJ and DEALDASH INC.<br>    Plaintiffs,<br><br>v.<br><br>CONTEXTLOGIC INC. d/b/a WISH<br>    Defendant.<br>_____ | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Case No. 3:18-cv-02353-MMC

**PROOF OF SERVICE REGARDING
EXHIBIT TO DECLARATION OF
DIMITRI H. RIZEK IN SUPPORT OF
DEFENDANT'S ADMINISTRATIVE
MOTION TO SEAL**

Judge:  Hon. Maxine M. Chesney
Jury Trial Demanded

I, Dimitri H. Rizek, declare under 28 U.S.C. § 1746:

I am an associate at the law firm of Warren Lex LLP.  My business address is 2261 Market Street, No. 606, San Francisco, California, 94114.  I certify that today I served a true copy of Exhibit 1 to the Declaration of Dimitri H. Rizek in Support of Defendant's Administrative Motions to Seal (Docket Nos. 173, 176).

I served this document on counsel for Defendant ContextLogic Inc. d/b/a Wish by email at the following address according to the parties' written agreement:

John Crittenden
Bobby Ghajar
Marcus Peterson
Judd Lauter
Rose Kautz
zcontextlogicdealdash@cooley.com

I declare under penalty of perjury that the foregoing is true and correct.  Executed on May 28, 2019, in San Francisco, California.

Dimitri H. Rizek