COOLEY LLP
JOHN W. CRITTENDEN (101634) (jcrittenden@cooley.com)
101 California Street, 5th Floor
San Francisco, CA 94111-5800
Telephone: (415) 693-2000
Facsimile: (415) 693-2222

COOLEY LLP
BOBBY GHAJAR (198719) (bghajar@cooley.com)
MARCUS D. PETERSON (265339) (mpeterson@cooley.com)
ROSE KAUTZ (307831) (rkautz@cooley.com)
1333 2nd Street, Suite 400
Santa Monica, CA 90401
Telephone: (310) 883-6400
Facsimile: (310) 883-6500

COOLEY LLP
ANGELA L. DUNNING (212047) (adunning@cooley.com)
JUDD D. LAUTER (290945) (jlauter@cooley.com)
3175 Hanover Street
Palo Alto, CA 94304-1130
Telephone: (650) 843-5000
Facsimile: (650) 849-7400

Attorneys for Defendant
CONTEXTLOGIC INC. d/b/a WISH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEALDASH OYJ and DEALDASH INC., <br><br> Plaintiffs, <br><br> v. <br><br> CONTEXTLOGIC INC. d/b/a WISH, <br><br> Defendant. | Case No. 3:18-cv-02353-MMC <br><br> [~~PROPOSED~~] ORDER GRANTING DEFENDANT'S ADMINISTRATIVE MOTION TO SEAL <br><br> [FILED IN SUPPORT OF *DAUBERT* MOTION TO EXCLUDE TESTIMONY OR TESTIMONY OF JEFFERY STEC] <br><br> Judge: Hon. Maxine M. Chesney <br> Complaint filed: April 18, 2018 <br> Trial date: August 19, 2019 |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

[~~PROPOSED~~] ORDER GRANTING DEFENDANT'S
ADMIN MOTION TO SEAL
CASE NO. 3:18-CV-02353-MMC

Defendant ContextLogic Inc. d/b/a Wish's ("Wish") Administrative Motion to File Under Seal ("Motion") was brought before this Court. Upon consideration of the Motion and the supporting Declaration of Marcus Peterson, the Court finds there to be good cause and compelling reasons to grant Defendant's request to file certain documents under seal.

GOOD CAUSE and compelling reasons having been shown, the Court finds that:

1. The designating parties possess overriding confidentiality interests that overcome the right of public access to the record of the following documents:

| Document | Portions Sought to be Sealed |
| --- | --- |
| Ghajar Decl., Exhibit 2 (Expert Rebuttal Report of Hal Poret) | • ~~Un~~redacted portions referring to information contained in Exhibit 6 |
| Ghajar Decl., Exhibit 5 (WISH0005237-77) | • Entire Document |
| Ghajar Dec., Exhibit 6 (WISH00045407) | • Entire Document |
| Defendant's Motion Pursuant to Fed. R. Evid. 702 and *Daubert* to Exclude Evidence or Testimony from Dr. Jeffery Stec | • ~~Un~~redacted portions referring to information contained in Exhibits 5 and 6 |

2. The proposed sealing is narrowly tailored; and

3. No less restrictive means exist to achieve this overriding interest.

**IT IS THEREFORE ORDERED** that Defendant's Administrative Motion for Leave to File Under Seal is **GRANTED**.

Dated: July 26, 2019

The Honorable Maxine M. Chesney
United States District Judge

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1.

[PROPOSED] ORDER GRANTING DEFENDANT'S
ADMIN MOTION TO SEAL
CASE NO. 3:18-CV-02353-MMC