IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEALDASH OYJ, et al.,<br>　　　　Plaintiffs,<br>　　v.<br>CONTEXTLOGIC INC.,<br>　　　　Defendant. | Case No. 18-cv-02353-MMC<br><br>**ORDER DENYING PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL**<br><br>Re: Dkt. No. 144 |

　　　Before the Court is plaintiffs DealDash Oyj and DealDash Inc.'s ("DealDash") "Administrative Motion to File Documents Under Seal Regarding DealDash's Motion to Strike and Exclude Opinions of Defendant's Expert Philip Johnson," filed May 10, 2019, whereby DealDash seeks to file under seal material designated confidential by defendant ContextLogic, Inc. ("ContextLogic"). Having read and considered the administrative motion and the declarations filed in support thereof, the Court rules as follows.

　　　1. To the extent DealDash seeks to file under seal Exhibits A, B, and C to the "Declaration of Amy M. Bailey in Support of DealDash's Motion to Strike and Exclude Opinions of Defendant's Expert Philip Johnson," the administrative motion is hereby DENIED, as the designating party, ContextLogic, does not contend any portions thereof contain material that is confidential, and, accordingly, DealDash is hereby DIRECTED to file said exhibits in the public record within seven days of the date of this order.

　　　2. To the extent DealDash seeks to file under seal portions of its "Motion to Strike and Exclude Opinions of Defendant's Expert Philip Johnson," the administrative motion is hereby DENIED, as the designating party, ContextLogic, does not contend any such portions contain material that is confidential, and, accordingly, DealDash is hereby

DIRECTED to file an unredacted version of its "Motion to Strike and Exclude Opinions of Defendant's Expert Philip Johnson" in the public record within seven days of the date of this order.

**IT IS SO ORDERED.**

Dated: September 5, 2019

MAXINE M. CHESNEY
United States District Judge