IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEALDASH OYJ, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>CONTEXTLOGIC INC.,<br><br>    Defendant. | Case No. 18-cv-02353-MMC<br><br>**ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL**<br><br>Re: Dkt. No. 148 |

Before the Court is plaintiffs DealDash Oyj and DealDash Inc.'s ("DealDash") "Administrative Motion to File Documents Under Seal Regarding DealDash's Motion for Summary Judgment," filed May 10, 2019, whereby DealDash seeks to file under seal material it has designated confidential, as well as material designated confidential by defendant ContextLogic, Inc. ("ContextLogic"). Having read and considered the administrative motion and the declarations filed in support thereof, the Court rules as follows:

1. With respect to Exhibit F to the "Declaration of Amy M. Bailey in Support of DealDash's Motion for Summary Judgment of Wish's Affirmative Defenses" ("Bailey Declaration"), to the extent DealDash seeks leave to file the entirety of said exhibit under seal, the motion to seal is hereby DENIED, as the designating party, ContextLogic, only contends certain portions thereof are confidential, specifically, pages 156:19 – 157:25, and, to such extent, good cause having been shown, the motion to seal is hereby

GRANTED. As ContextLogic has filed in the public record a redacted version of Exhibit F in accordance therewith (see Doc. No. 166-2), no further action need be taken as to said exhibit and the unredacted version shall remain under seal.

2. With respect to Exhibit K to the Bailey Declaration, to the extent DealDash seeks leave to file the entirety of said exhibit under seal, the motion to seal is hereby DENIED, as the designating party, ContextLogic, has only shown certain portions thereof are confidential, specifically, the information contained in the table on page 24, and, to such extent, good cause having been shown, the motion to seal is hereby GRANTED. As ContextLogic has filed in the public record a redacted version of Exhibit K in accordance therewith (see Doc. No. 166-4), no further action need be taken as to said exhibit and the unredacted version shall remain under seal.

3. With respect to Exhibit O to the Bailey Declaration, designated confidential by DealDash, the motion to seal is hereby GRANTED and said exhibit shall remain under seal.

4. With respect to Exhibits A, D, E, G, H, I, J, L, and 194 to the Bailey Declaration, the motion to seal is hereby DENIED, as the designating party, ContextLogic, does not contend any portions thereof contain material that is confidential, and, accordingly, DealDash is hereby DIRECTED to file said exhibits in the public record within seven days of the date of this order.

5. With respect to Exhibits P and Q to the Bailey Declaration, designated confidential by ContextLogic, the motion to seal is hereby DENIED, as said exhibits, contrary to ContextLogic's description thereof, do not contain the identity of the authors or any information from which such identity or any other private or personal information can be determined, and, accordingly, DealDash is hereby DIRECTED to file said exhibits in the public record within seven days of the date of this order.

6. With respect to DealDash's Motion for Summary Judgment, which contains references to material designated confidential by ContextLogic, the motion to seal is hereby DENIED, as ContextLogic has not shown any portions thereof contain material

properly filed under seal, and, accordingly, DealDash is hereby DIRECTED to file an unredacted version of its Motion for Summary Judgment in the public record within seven days of the date of this order.

**IT IS SO ORDERED.**

Dated: September 5, 2019

MAXINE M. CHESNEY
United States District Judge