1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DEALDASH OYJ, et al.,

Plaintiffs,

v.

CONTEXTLOGIC INC.,

Defendant.

Case No. 18-cv-02353-MMC

**ORDER GRANTING IN PART AND DENYING IN PART DEFENDANT'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE UNDER SEAL**

Re: Dkt. No. 173

Before the Court is defendant ContextLogic, Inc.'s ("ContextLogic") "Administrative Motion for Leave to File Under Seal," filed May 24, 2019, whereby ContextLogic seeks to file under seal material it has designated confidential, as well as material designated confidential by plaintiffs DealDash Oyj and DealDash Inc. ("DealDash").  Having read and considered the administrative motion and the declarations filed in support thereof, the Court rules as follows.

1.  To the extent ContextLogic seeks to file under seal portions of its "Opposition to Plaintiffs' Motion for Summary Judgment on Wish's Affirmative Defense of Fair Use," the administrative motion is hereby GRANTED.

2.  To the extent ContextLogic seeks to file under seal Exhibit 1 to the "Declaration of Marcus Peterson in Support of Defendant's Opposition to Plaintiff's Motion for Summary Judgment on Wish's Affirmative Defenses of Fair Use, Laches and Abandonment," the administrative motion is hereby DENIED, as the designating party,

1  DealDash, does not contend any portions thereof contain material that is confidential,

2  and, accordingly, ContextLogic is hereby DIRECTED to file said exhibit in the public

3  record within seven days of the date of this order.

4      **IT IS SO ORDERED.**

5

6  Dated:  September 5, 2019

   MAXINE M. CHESNEY

7  United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California

2