IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEALDASH OYJ, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CONTEXTLOGIC INC.,<br><br>Defendant. | Case No. 18-cv-02353-MMC<br><br>**ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL**<br><br>Re: Dkt. No. 146 |

Before the Court is plaintiffs DealDash Oyj and DealDash Inc.'s ("DealDash") "Administrative Motion to File Documents Under Seal Regarding DealDash's Motion to Strike and Exclude Certain Opinions of Defendant's Expert John Hansen," filed May 10, 2019, whereby DealDash seeks to file under seal material it has designated confidential, as well as material designated confidential by defendant ContextLogic, Inc. ("ContextLogic"). Having read and considered the administrative motion and the declarations filed in support thereof, the Court rules as follows:

    1. To the extent DealDash seeks to file under seal Exhibits A, D, F, G, H, 199 and 243 to the "Declaration of Patrick M. Shields in Support of DealDash's Motion to Strike and Exclude Certain Opinions of Defendant's Expert John Hansen" ("Shields Declaration"), the motion to seal is hereby GRANTED and said exhibit shall remain under seal.

    2. With respect to Exhibit B to the Shields Declaration, to the extent DealDash seeks leave to file the entirety of said exhibit under seal, the motion to seal is hereby DENIED, as the designating party, ContextLogic, only contends certain portions thereof are confidential, and, to such extent, good cause having been shown, the motion to seal is

1  hereby GRANTED. As ContextLogic has filed in the public record a redacted version of
2  Exhibit B in accordance therewith (see Doc. No. 167-4), no further action need be taken as to
3  said exhibit and the unredacted version shall remain under seal.

4    3. With respect to Exhibit C to the Shields Declaration, to the extent DealDash
5  seeks leave to file the entirety of said exhibit under seal, the motion to seal is hereby
6  DENIED, as the designating party, ContextLogic, only contends certain portions thereof
7  are confidential, and, to such extent, good cause having been shown, the motion to seal is
8  hereby GRANTED. As ContextLogic has filed in the public record a redacted version of
9  Exhibit C in accordance therewith (see Doc. No. 167-6), no further action need be taken as to
10 said exhibit and the unredacted version shall remain under seal.

11   4. With respect to Exhibit E to the Shields Declaration, to the extent DealDash
12 seeks leave to file the entirety of said exhibit under seal, the motion to seal is hereby
13 DENIED, as the designating party, ContextLogic, only contends certain portions thereof
14 are confidential, and, to such extent, good cause having been shown, the motion to seal is
15 hereby GRANTED. As ContextLogic has filed in the public record a redacted version of
16 Exhibit C in accordance therewith (see Doc. No. 167-8), no further action need be taken as to
17 said exhibit and the unredacted version shall remain under seal.

18   5. To the extent DealDash seeks to file under seal portions of its "Motion to Strike and
19 Exclude Certain Opinions of Defendant's Expert John Hansen," the motion to seal is hereby
20 GRANTED as to all portions other than the following, as to which the motion is DENIED, as
21 said portions do not cite to any material that the designating party, ContextLogic, has
22 contended is confidential:
23   a. Page 4:14 (beginning with "Mr." and ending with "method")
24   b. Page 4:16 (beginning with "Under") - 17
25   c. Page 7:14 - 16
26   d. Page 7:23 (beginning with "Mr.") - Page 8:2 (ending with "sales")
27   e. Page 8:12 - 21
28 DealDash is hereby DIRECTED to file, within seven days of the date of this order, a version

of its "Motion to Strike and Exclude Certain Opinions of Defendant's Expert John Hansen" consistent with the above.

**IT IS SO ORDERED.**

Dated: September 16, 2019

MAXINE M. CHESNEY
United States District Judge