IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEALDASH OYJ, et al.,<br>Plaintiffs,<br>v.<br>CONTEXTLOGIC INC.,<br>Defendant. | Case No. 18-cv-02353-MMC<br><br>**ORDER DENYING ADMINISTRATIVE MOTIONS AS MOOT**<br>Re: Doc. Nos. 153, 176, 178, 191, 198 |

Before the Court are five Administrative Motions (see Doc. Nos. 153, 176, 178, 191, 198) by which the moving parties seek to file under seal material submitted in support of or in opposition to various motions.

Each said Administrative Motion is hereby DENIED as moot, the motions to which they pertain having been effectively withdrawn in light of the Stipulation of Dismissal filed thereafter (see Doc. No. 224), and, under such circumstances, no further action need be taken by the parties.

**IT IS SO ORDERED.**

Dated: January 6, 2020

MAXINE M. CHESNEY
United States District Judge